UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR. individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) WINGATE BY WYNDHAM ) INDIANAPOLIS NORTHWEST, ) ) Defendant. ) | No. 1:13-cv-512-WTL-TAB |

**ORDER ON OCTOBER 15, 2013, SETTLEMENT CONFERENCE**

Plaintiff appeared by counsel and Defendant appeared in person and by counsel October 15, 2013, for a settlement conference. Settlement discussions were held, and this case is now settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 28 days.

Dated:  10/16/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jonathan Lamont Mayes
BOSE MCKINNEY & EVANS, LLP
jmayes@boselaw.com

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com

Caren W. Stanley
VOGEL LAW FIRM
cstanley@vogellaw.com