UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and On behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:13-cv-00512-WTL-TAB ) |
| WINGATE BY WYNDHAM INDIANAPOLIS NORTHWEST, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

The parties by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Stipulation of Dismissal with Prejudice, and stipulate that the above captioned case be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Ryan R. Frasher*
Ryan R. Frasher
The Frasher Law Firm, P.C.
155 East Market Street, Suite 450
Indianapolis, IN  46204

Attorney for Plaintiff

Jonathan L. Mayes

*Pursuant to L.R. 5-7(e)(1), counsel for Defendant has consented to this filing*
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 684-5000
Facsimile:  (317) 684-5173
Email: JMayes@boselaw.com

Attorneys for Defendant